

MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE
IN FORMA PAUPERIS DECLARATION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES<br>VS<br>TRINA MARIE WELCH<br>    Movant | CASE NO. 2:20-cr-0052-DCN<br>DECLARATION IN SUPPORT OF REQUEST<br>TO PROCEED IN FORMA PAUPERIS |

I, Trina Marie Welch declare that I am the movant in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs, or give security thereof, I state that because of my poverty, I am unable to pay the costs of said proceeding or to give security thereof; that I believe I am entitled to relief.

1. Are you presently employed?    YES
   a. If the answer is "yes" state the amount of your salary or wages per month, and give the name and address of your employer. I am currently employed at the BOP making $ 26.25 /month.
2. Have you received in the last 12 months any money from any of the following sources?
   a. Business, profession, or form of self-employment?   NO
   b. Rent, payments, interests, or dividends?   NO
   c. Pensions, annuities, or life insurance payments?   NO
   d. Gifts or inheritance?   NO
   e. Any other sources? Yes, spouse and family placing money on my BOP account in the total of $ 3,971.34 for the last 12 months.
3. Do you own any cash, or do you have money in a checking or savings account?   NO
4. Do you own real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?   NO
5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support. Husband and 5 children, $0.00

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.
Executed on  9/7/23

Date  9/7/2023

_Trina Marie Welch_
Signature of Movant

CERTIFICATE

I HEREBY CERTIFY THAT THE MOVANT HEREIN HAS THE SUM OF $ 84.40 on account to her credit at the FPC- Phoenix Satellite Camp where she is confined. I further certify that movant likewise has the following securities for her credit according to the records of said BOP FPC-PHOENIX.

_____, CASE MANAGER

FPC-PHOENIX
37930 N. 45TH AVENUE
PHOENIX, ARIZONA 85086

AUTHORIZED BY THE ACT OF JULY 7, 1955,
AS AMENDED, TO ADMINISTER OATHS
(10 U.S.C. § 4004)
Authorized Officer of Institution

CASE NO.  2:20-cr-0052-DCN

Declaration In support of request to proceed in Forma Pauperis
Page 1

```
UNICOR INMATE EARNING STATEMENT          Pay Period: 08/31/2023  Pay Date: 09/08/2023
REG/NAME: 20301023                       INST:           48      FACTORY: PHX1
          TRINA WELCH                    GRADE: GRADE5           GROUP:
                                                                 CREW:   PHX WH

Curr:    GROSS      -    TAXES       -     POST TAX DEDUCTIONS   -    NET PAY
         26.25                                                        26.25
YTD:     -          -                -                           -    98.03

EARNINGS          RATE        HOURS                  AMOUNT
8021  OTHER       0.00         1.82                    0.00
8074  LAYIN       0.00         6.50                    0.00
8510  REG         0.23       114.15                   26.25

                                          DATE COMPUTED        =
                                          HIRE DATE            = 05/08/2023
                                          VACATION DATE        = 05/08/2023
                                          LONGEVITY MONTHS     =      4.00
                                          UNICOR WORK START    = 05/08/2023
                                          ACCRUED VAC HOURS    =     13.00
                                          PREV. YRS VAC HOURS
                                          UNPAID CALLOUT              8.32

                                          STATUS 96
                                          DEDUCTIONS/ADJUSTMENT
```

*Declaration in support of request to proceed In Forma Pauperis*
*Page 2*

[PRINT]

| General Information | Account Balances | Commissary History | Commissary Restrictions | Comments |

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 1926 |
| PAC #: | 390728156 |
| Revalidation Date: | 4th |
| FRP Participation Status: | Participating |
| Arrived From: | SET |
| Transferred To: | |
| Account Creation Date: | 9/23/2022 |
| Local Account Activation Date: | 11/19/2022 4:13:37 AM |
| Sort Codes: | |
| Last Account Update: | 8/29/2023 9:16:21 AM |
| Account Status: | Active |
| Phone Balance: | $0.00 |

### Pre-Release Plan Information

| | |
|---|---|
| Target Pre-Release Account Balance: | $500.00 |
| Pre-Release Deduction %: | 75% |
| Income Categories to Deduct From: | Payroll    Outside Source Funds |

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|
| Monthly | $50.00 | 0% |

## Account Balances

| | |
|---|---|
| Account Balance: | $343.25 |
| Pre-Release Balance: | $40.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $303.25 |

*Declaration in support of request to proceed In Forma Pauperis Page 3*

National 6 Months Deposits: $3,277.34
National 6 Months Withdrawals: $3,291.46
Available Funds to be considered for IFRP Payments: $2,527.34
National 6 Months Avg Daily Balance: $283.20
Local Max. Balance - Prev. 30 Days: $435.47
Average Balance - Prev. 30 Days: $193.26

## Commissary History

### Purchases

Validation Period Purchases: $394.25
YTD Purchases: $3,371.66
Last Sales Date: 8/29/2023 9:16:21 AM

### SPO Information

SPO's this Month: 0
SPO $ this Quarter: $113.88

### Spending Limit Info

Spending Limit Override: No
Weekly Revalidation: No
Bi-Weekly Revalidation: No
Spending Limit: $360.00
Expended Spending Limit: $359.85
Remaining Spending Limit: $0.15

## Commissary Restrictions

### Spending Limit Restrictions

Restricted Spending Limit: $0.00
Restricted Expended Amount: $0.00
Restricted Remaining Spending Limit: $0.00
Restriction Start Date: N/A
Restriction End Date: N/A

### Item Restrictions

| List Name | List Type | Start Date | End Date | Active |
|---|---|---|---|---|

### Comments

Comments: *[handwritten]* Declaration in support of request to proceed in Forma Pauperis. Page 4

PRINT

| Date/Time | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|
| 8/29/2023 9:16:21 AM | Sales - Fingerprint | ($13.50) | 51 | | $343.25 |
| 8/28/2023 5:06:11 PM | Western Union | $150.00 | 33323240 | | $356.75 |
| 8/25/2023 5:06:14 AM | Western Union | $150.00 | 33323237 | | $206.75 |
| 8/21/2023 12:31:54 PM | Sales - Fingerprint | ($61.15) | 90 | | $56.75 |
| 8/19/2023 1:10:43 PM | TRUL Withdrawal | ($15.00) | TL0819 | | $117.90 |
| 8/19/2023 9:05:38 AM | Western Union | $50.00 | 33323231 | | $132.90 |
| 8/16/2023 6:24:41 PM | TRUL Withdrawal | ($30.00) | TL0816 | | $82.90 |
| 8/16/2023 8:46:25 AM | Sales - Fingerprint | ($62.65) | 42 | | $112.90 |
| 8/15/2023 7:01:54 AM | Pre-Release Transaction | $22.54 | TL082023 | | |
| 8/12/2023 10:44:48 AM | TRUL Withdrawal | ($30.00) | TL0812 | | $175.55 |
| 8/12/2023 9:06:03 AM | Western Union | $100.00 | 33323224 | | $205.55 |
| 8/10/2023 7:08:13 PM | TRUL Withdrawal | ($30.00) | TL0810 | | $105.55 |
| 8/8/2023 12:20:43 PM | FRP Monthly Pymt | ($50.00) | YFRP0823 | | $135.55 |
| 8/8/2023 12:20:03 PM | Pre-Release Transaction | ($7.65) | YIPP0723 | | |
| 8/8/2023 12:20:03 PM | Payroll - IPP | $10.20 | YIPP0723 | | $185.55 |
| 8/8/2023 8:58:11 AM | Sales - Fingerprint | ($256.95) | 43 | | $175.35 |
| 8/8/2023 5:58:25 AM | Pre-Release Transaction | ($20.12) | YUNI0723 | | |
| 8/8/2023 5:58:25 AM | Centralized Unicor | $26.83 | YUNI0723 | | $432.30 |
| 8/6/2023 2:38:36 PM | TRUL Withdrawal | ($30.00) | TL0806 | | $405.47 |
| 8/3/2023 3:05:57 PM | Western Union | $300.00 | 33323215 | | $435.47 |
| 7/28/2023 6:57:43 PM | TRUL Withdrawal | ($30.00) | TL0728 | | $135.47 |
| 7/25/2023 7:56:10 PM | TRUL Withdrawal | ($30.00) | TL0725 | | $165.47 |
| 7/24/2023 12:06:59 PM | Sales - Fingerprint | ($18.51) | 82 | | $195.47 |
| 7/22/2023 12:34:51 PM | TRUL Withdrawal | ($30.00) | TL0722 | | $213.98 |
| 7/21/2023 6:05:36 PM | Western Union | $150.00 | 33323202 | | $243.98 |
| 7/19/2023 5:05:48 PM | Western Union | $50.00 | 33323200 | | $93.98 |
| 7/19/2023 8:40:06 AM | Sales - Fingerprint | ($22.40) | 30 | | $43.98 |
| 7/16/2023 7:26:01 AM | TRUL Withdrawal | ($15.00) | TL0716 | | $66.38 |
| 7/12/2023 8:26:59 PM | TRUL Withdrawal | ($15.00) | TL0712 | | $81.38 |
| 7/11/2023 8:34:47 AM | Sales - Fingerprint | ($69.35) | 35 | | $96.38 |
| 7/10/2023 7:20:31 AM | Pre-Release Transaction | ($19.77) | YUNI0623 | | |
| 7/10/2023 7:20:31 AM | Centralized Unicor | $26.36 | YUNI0623 | | $165.73 |
| 7/7/2023 8:25:54 AM | FRP Monthly Pymt | ($50.00) | YFRP0723 | | $139.37 |
| 7/6/2023 3:00:35 PM | TRUL Withdrawal | ($30.00) | TL0706 | | $189.37 |
| 7/5/2023 8:58:48 AM | Sales - Fingerprint | ($270.95) | 39 | | $219.37 |
| 7/5/2023 8:58:48 AM | SPO - Released | $143.55 | 911 | | |
| 7/4/2023 7:31:18 AM | Pre-Release Transaction | ($15.00) | TL072023 | | |
| 7/2/2023 12:13:03 PM | TRUL Withdrawal | ($30.00) | TL0702 | | $490.32 |
| 6/29/2023 5:05:40 AM | Western Union | $150.00 | 33323180 | | $520.32 |
| 6/26/2023 12:07:23 PM | Sales - Fingerprint | ($21.00) | 84 | | $370.32 |
| 6/24/2023 6:08:41 PM | Western Union | $150.00 | 33323175 | | $391.32 |
| 6/21/2023 6:53:24 PM | TRUL Withdrawal | ($30.00) | TL0621 | | $241.32 |
| 6/21/2023 9:05:57 AM | Sales - Fingerprint | ($91.25) | 43 | | $271.32 |
| 6/17/2023 4:05:44 PM | Western Union | $150.00 | 33323168 | | $362.57 |
| 6/13/2023 9:43:59 AM | Sales - Fingerprint | ($92.20) | 99 | | $212.57 |
| 6/11/2023 9:05:34 AM | Western Union | $150.00 | 33323162 | | $304.77 |
| 6/9/2023 9:17:29 AM | SPO | ($143.55) | 911 | | |
| 6/9/2023 6:52:50 AM | FRP Monthly Pymt | ($50.00) | YFRP0623 | | $154.77 |
| 6/8/2023 6:07:34 AM | Centralized Unicor | $18.59 | YUNI0523 | | $204.77 |
| 6/6/2023 8:55:36 AM | Sales - Fingerprint | ($155.05) | 49 | | $186.18 |

1 2 3

Declaration in support of request to proceed in Forma Pauperis
page 5