JOSHUA D. HURWIT, IDAHO STATE BAR NO. 9527
UNITED STATES ATTORNEY
TRACI J. WHELAN, IDAHO STATE BAR NO. 4416
ASSISTANT UNITED STATES ATTORNEYS
DISTRICT OF IDAHO
6450 N. MINERAL DRIVE SUITE 210
COEUR D'ALENE, ID 83815
TELEPHONE: (208) 667-6568
FACSIMILE:  (208) 334-1413

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| TRINA MARIE WELCH,<br><br>Petitioner,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | Civil No.: 2:23-cv-00415-DCN<br>Criminal No.: 2:20-cr-00052-DCN<br><br>**UNITED STATES' MOTION TO EXTEND CURRENTLY SET BRIEFING SCHEDULE** |

The United States of America, by and through Joshua D. Hurwit, United States Attorney for the District of Idaho, and the undersigned Assistant United States Attorney, submits this Motion to Extend the Currently Set Briefing Schedule in the above-entitled matter.

Ms. Welch filed a Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence on September 30, 2023.  (ECF 1.)  This Court issued an Order Setting Briefing Schedule on October 04, 2023, directing the United States to respond to Ms. Welch's motion within 90-days of the filing.  (ECF 6.)  The United States' response is therefore due on or before January 02, 2024.  (ECF 6.)  The United States respectfully requests this Court extend the deadline by 30-days and require the United States to respond on or before February 01, 2024.

UNITED STATES' MOTION TO EXTEND CURRENTLY SET BRIEFING SCHEDULE - 1

The United States requests this extension as the undersigned has been in the hospital and on sick leave for nine business days.  The undersigned further anticipates she will only be able to work partial days for the remainder of the year.  Additionally, the undersigned received the affidavits from Petitioner's defense counsel just a day or two prior to being out of the office for an extended period due to illness.  The undersigned is not able to fully and appropriately respond without additional time.

This motion is not made for the purpose of delay nor is it requesting a lengthy extension. An extension of time is necessary for the United States to respond meaningfully, and for the Court to fairly adjudicate Ms. Welch's motion.

RESPECTFULLY submitted this the 19th day of December, 2023.

        JOSHUA D. HURWIT
        UNITED STATES ATTORNEY
        By:

        *s/ Traci J. Whelan*
        TRACI J. WHELAN
        Assistant United States Attorney

UNITED STATES' MOTION TO EXTEND CURRENTLY SET BRIEFING SCHEDULE - 2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 19, 2023, the foregoing **UNITED STATES' MOTION TO EXTEND CURRENTLY SET BRIEFING SCHEDULE** was electronically filed with the Clerk of the Court using the CM/ECF system, and that a copy was served on the following parties or counsel by:

| | |
|---|---|
| Trina M. Welch<br>Register Number 20301-023<br>FCI Phoenix<br>37910 N 45th Avenue<br>Phoenix, AZ 85086 | Email |

*s/ Carin Crimp*
Legal Assistant