UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| TRINA MARIE WELCH,<br><br>　　　　　Petitioner,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Respondent. | Civil No.: 2:23-cv-00415-DCN<br><br>**ORDER GRANTING UNITED STATES' MOTION TO EXTEND CURRENTLY SET BRIEFING SCHEDULE** |

The Court has before it the United States' Motion to Extend Currently set Briefing Schedule (Dkt. 9), whereby the Government requests an order extending the currently set briefing schedule and directing the United States to file its written response by February 01, 2024, to the Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence.

Having reviewed the Government's Motion (Dkt. 9), and good cause appearing, the Court grants the Motion.

IT IS ORDERED.

DATED: December 19, 2023

_____
David C. Nye
Chief U.S. District Court Judge