FILED
01/31/2024
Jaime Talbot
CLERK
Mineral County District Court
STATE OF MONTANA
By: Keanan Taylor
DV-31-2024-0000004-FJ
Marks, Jason
3.00

Alyssa L. Campbell, Esq.
MILODRAGOVICH, DALE
    & STEINBRENNER, P.C.
620 High Park Way
P.O. Box 4947
Missoula, MT 59806-4947
Telephone: (406) 728-1455
Telefax: (406) 549-7077
acampbell@bigskylawyers.com



mailed
2/1/24
received
2/12/24

-- Attorneys for Petitioner

## MONTANA FOURTH JUDICIAL DISTRICT COURT
## MINERAL COUNTY

| | |
|---|---|
| KASCO OF IDAHO, L.L.C., an Idaho limited liability company,<br><br>Petitioner,<br><br>v.<br><br>TRINA MARIE WELCH,<br><br>Respondent. | Cause No. DV-31-2024-0000004-FJ<br>Hon. Jason Marks<br><br>**NOTICE OF FILING FOREIGN JUDGMENT** |

Pusuant to Mont. Code Ann. § 25-9-504(2), Notice is hereby given that Petitioner KASCO of Idaho, L.L.C., an Idaho limited liabilty company, who is represented by local counsl Alyssa L. Campbell of Milodragovich, Dale & Steinbrenner, PC, has filed an Entry of Foreign Judgment in the Montana Fourth Judicial District Court, Mineral County (Ex. 1).

A copy of this Notice of Filing Foreign Judgment will be mailed via Certified Mail, return receipt requested, to the following:

1. Last known address of Respondent:

   *Return Receipt No. 7020 1810 0000 8594 5738*

   FCI – Federal Prison Satellite Camp
   ATTN: ATTORNEY DOCUMENTS
   Trina Welch – 20301023
   37930 N. 54th Avenue
   Phoenix, AZ 85086

2. Respondent's last known Criminal Counsel:

   *Return Receipt No. 7020 1810 0000 8594 5806*

   Amy H. Rubin, Esq.
   Steve Roberts, Esq.
   Federal Defenders of Eastern Washington and Idaho
   601 W. Riverside Avenue, Suite 900
   Spokane, WA 99201

DATED this 31st day of January, 2024.

MILODRAGOVICH, DALE &
STEINBRENNER, P.C.

Attorneys for Petitioner

By: /s/ Alyssa L. Campbell
     Alyssa L. Campbell

c: Mineral County Attorney

**NOTICE OF FILING FOREIGN JUDGMENT**     **PAGE 2**

FILED
01/16/2024
Jaime Talbot
CLERK
Mineral County District Court
STATE OF MONTANA
By: Jaime Talbot
DV-31-2024-0000004-FJ
Marks, Jason
1.00

Alyssa L. Campbell, Esq.
MILODRAGOVICH, DALE
    & STEINBRENNER, P.C.
620 High Park Way
P.O. Box 4947
Missoula, MT 59806-4947
Telephone: (406) 728-1455
Telefax: (406) 549-7077
acampbell@bigskylawyers.com

-- Attorneys for Petitioner

## MONTANA FOURTH JUDICIAL DISTRICT COURT
## MINERAL COUNTY

| | |
|---|---|
| KASCO OF IDAHO, L.L.C., an Idaho limited liability company,<br><br>Petitioner,<br><br>v.<br><br>TRINA MARIE WELCH,<br><br>Respondent. | Cause No.<br><br>**ENTRY OF FOREIGN JUDGMENT** |

COMES NOW Petitioner, Kasco of Idaho, LLC ("Petitioner"), by and through undersigned counsel of record, and submit this Entry of Foreign Judgment in accordance with Mont. R. Civ. P. 44(a)(1) to prove an official record for the purposes of domesticating a foreign judgment. Petitioner hereby files this Entry of Foreign Judgment and intends to enforce the Judgment in Montana in accordance

**ENTRY OF FOREIGN JUDGMENT**  PAGE 1

with Montana's Uniform Enforcement of Foreign Judgments Act (Mont. Code Ann. Title 25, Chapter 9, Part 5) and 18 U.S.C. § 3364(m).

1. Petitioner was, at all relevant times, an Idaho limited liability company registered to do business in the State of Idaho.

2. Upon information and belief, Respondent Trina Marie Welch ("Respondent") owns real and personal property in Mineral County, Montana.

3. The claims which give rise to this action occurred in Shoshone County and Kootenai County, Idaho.

4. Venue and jurisdiction are proper in this honorable Court pursuant to Montana's Uniform Enforcement of Foreign Judgments Act.

5. Petitioner was awarded a civil judgment against Respondent pursuant to an Amended Judgment on October 10, 2023, in the District Court of the First Judicial District of the State of Idaho.

6. Petitioner submits to the Court the attached certified copy of the Amended Judgment (Ex. A) signed by Clerk of Court of the First Judicial District of the State of Idaho.

7. These filings are true and authenticated copies of the Amended Judgment necessary to domesticate a foreign judgment under the Uniform Enforcement of Foreign Judgments Act. The certificates are made by the clerk of

court of record of the district or political subdivision in which the records are kept, and authenticated by the seal of the court pursuant to Mont. R. Civ. P. 44(a)(1)(B).

8. Petitioner further submits to the Court the attached Affidavit of Petitioner's Montana attorney, Alyssa L. Campbell (Ex. B), in consideration of this petition.

WHEREFORE Petitioner prays the attached certified records are accepted and entered into the record for the purposes of domestication and enforcement.

DATED this 16th day of January, 2024.

MILODRAGOVICH, DALE &
STEINBRENNER, P.C.

Attorneys for Plaintiff

By _____
Alyssa L. Campbell

ENTRY OF FOREIGN JUDGMENT                                PAGE 3

Filed: 12/01/2023 15:59:32
First Judicial District, Shoshone County
Tamie J. Eberhard, Clerk of the Court
By: Deputy Clerk - Hammerberg, Debra

RAMSDEN, MARFICE, EALY & DE SMET, LLP
700 Northwest Boulevard
P.O. Box 1336
Coeur d'Alene, ID 83816-1336
Telephone: (208) 664-5818
Facsimile: (208) 664-5884
Michael E. Ramsden, ISB #2368
mramsden@rmedlaw.com
Jack A. Mosby, ISB # 10986
jmosby@rmedlaw.com

*Attorneys for Plaintiffs*

IN THE DISTRICT COURT OF THE FIRST JUDICIAL DISTRICT OF

THE STATE OF IDAHO, IN AND FOR THE COUNTY OF SHOSHONE

| KASCO OF IDAHO, LLC, an Idaho limited liability company; and KEITH A. SIMS, an individual | CASE NO. CV40-19-0372 |
|---|---|
| Plaintiffs, | AMENDED JUDGMENT |
| vs. | |
| TRINA M. WELCH and NORMAN WELCH, individuals and their marital community, | |
| Defendants. | |

JUDGMENT IS ENTERED AS FOLLOWS:

Plaintiffs Kasco of Idaho, LLC and Keith A. Sims have Judgment against Defendant Trina M. Welch and her martial community in the amount of $2,674,338.00 together with attorney fees and costs in the amount of $23,211.61.

DATED **10/10/2023 10:27:07 AM**.

*/s/ Barry McHugh*
Honorable Barry McHugh
District Court Judge



AMENDED JUDGMENT - 1

## CERTIFICATE OF SERVICE

I hereby certify that on _____, I served a true and correct copy of the foregoing by the method indicated below, and addressed to the following:

| | |
|---|---|
| Trina M. Welch<br>FCI – Federal Prison Satellite Camp<br>Trina Welch – 20301023<br>37930 N. 54th Avenue<br>Phoenix, AZ 8508 | _X_ US Mail<br>___ Overnight Mail<br>___ Hand Delivered<br>___ Facsimile<br>___ iCourt: |
| Norman Welch<br>PO Box 82<br>Saint Regis, MT 59866 | _X_ US Mail<br>___ Overnight Mail<br>___ Hand Delivered<br>___ Facsimile<br>___ iCourt: normantrina@yahoo.com |
| Jack A. Mosby<br>Michael E. Ramsden<br>Ramsden, Marfice, Ealy & De Smet, LLP<br>700 Northwest Boulevard<br>P.O. Box 1336<br>Coeur d'Alene, ID 83816-1336 | ___ US Mail<br>___ Overnight Mail<br>___ Hand Delivered<br>___ Facsimile<br>_X_ iCourt: mramsden@rmedlaw.com<br>           jmosby@rmedlaw.com |

CLERK OF THE DISTRICT COURT

12/1/2023 3:59:37 PM

By _____Delia Hammerberg_____
            Deputy Clerk

[Seal: FIRST JUDICIAL DISTRICT SHOSHONE COUNTY CLERK OF COURT STATE OF IDAHO]

STATE OF IDAHO
COUNTY OF SHOSHONE
This is to certify that the foregoing is a true copy of the original now on record in this office. Sealed on this 5 day of December 2023
Tamie Eberhard, Clerk of The District Court
By Karen Hurshman, Deputy

AMENDED JUDGMENT - 2

Alyssa L. Campbell, Esq.
MILODRAGOVICH, DALE
    & STEINBRENNER, P.C.
620 High Park Way
P.O. Box 4947
Missoula, MT 59806-4947
Telephone: (406) 728-1455
Telefax: (406) 549-7077
acampbell@bigskylawyers.com

-- Attorneys for Petitioner

## MONTANA FOURTH JUDICIAL DISTRICT COURT
## MINERAL COUNTY

| | |
|---|---|
| KASCO OF IDAHO, L.L.C., an Idaho limited liability company,<br><br>    Petitioner,<br><br>v.<br><br>TRINA MARIE WELCH,<br><br>    Respondent. | Cause No.<br><br>**AFFDAVIT OF ALYSSA L. CAMBPELL IN SUPPORT OF ENTRY OF FOREIGN JUDGMENT** |

STATE OF MONTANA )
                         :ss
County of Missoula   )

    I, Alyssa L. Campbell, on behalf of Petitioner, Kasco of Idaho, LLC ("Petitioner"), being first duly sworn upon my oath, depose and state as follows:

    1.    I am the local attorney of record for Petitioner in the above-referenced matter and have personal knowledge of this matter.



EXHIBIT B

AFFIDAVIT OF ALYSSA L. CAMPBELL IN
SUPPORT OF ENTRY OF FOREIGN JUDGMENT          PAGE 1

2. Petitioner's current mailing address is as follows:

> Kasco of Idaho, LLC
> c/o Jack A. Mosby
> Ramsden, Marfice, Ealy & De Smet, LLP
> P.O. Box 1336
> Cour d'Alene, ID 83816-1336

3. Upon information and belief, Respondent, Trina Marie Welch's ("Respondent"), last known mailing address is as follows:

> FCI – Federal Prison Satellite Camp
> ATTN: ATTORNEY DOCUMENTS
> Trina Welch – 20301023
> 37930 N. 54th Avenue
> Phoenix, AZ 85086

4. Petitioner was awarded a civil judgment against Respondent pursuant to an Amended Judgment on October 10, 2023, in the District Court of the First Judicial District of the State of Idaho. The Amended Judgment is valid and enforceable in Montana pursuant to Montana's Uniform Enforcement of Foreign Judgments Act. The Amended Judgment remains unsatisfied.

5. Upon information and belief, Respondent is represented in ongoing criminal proceedings in the State of Idaho by Amy Rubin and Steve Roberts of the Federal Defenders of Eastern Washington and Idaho, 601 W. Riverside Avenue, Suite 900, Spokane, WA 99201. Upon information and belief, Respondent is not represented by counsel with respect to any civil claims against her.

6.   A Notice of the Filing of Foreign Judgment and this Affidavit will be promptly mailed to Respondent at her last known address listed above as well as Respondent's attorneys, by certified mail with return receipt requested, in accordance with Mont. Code Ann. § 25-9-504(2).

FURTHER AFFIANT SAYETH NAUGHT.

DATED this 16th day of January, 2024.

_____
Alyssa L. Campbell

This instrument was signed and sworn to before me on January 16, 2024, by Alyssa L. Campbell.

KARI WALKER
NOTARY PUBLIC for the
State of Montana
Residing at Missoula, MT
My Commission Expires
February 04, 2024.

_____
NOTARY PUBLIC FOR THE STATE OF MT

**AFFIDAVIT OF ALYSSA L. CAMPBELL IN
SUPPORT OF ENTRY OF FOREIGN JUDGMENT**                                PAGE 3

## CERTIFICATE OF SERVICE

I, Alyssa Lanae Campbell, hereby certify that I have served true and accurate copies of the foregoing Notice - Notice of Filing to the following on 02-01-2024:

Trina Marie Welch (Respondent)
FCI-Federal Prison Satelitte Camp
ATTN: ATTY Documents for Trina Welch-20301023
37930 N. 54th Avenue
Phoenix 85086
Service Method: Certified Mail

Amy H. Rubin (Other Recipient)
Federal Defenders of E. WA & ID
601 W. Riverside Avenue
Suite 900
Spokane WA 99201
Service Method: Certified Mail

Wally Congdon (Other Recipient)
Mineral County Attorney's Office
300 River Street
PO Box 339
Superior MT 59872
Service Method: Email
E-mail Address: dmagone@co.mineral.mt.us

Electronically signed by Kari Walker on behalf of Alyssa Lanae Campbell
Dated: 02-01-2024